IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
**Ruben Ramon Gomez**
**Maria Eva Gomez**             Case No. 13-13063-7
        Debtor(s)
_____

**Carl B. Davis, Trustee**            Adv. No. 14-5104
        Plaintiff(s)
    -vs-

**Ruben Ramon Gomez**
**Maria Eva Gomez**
        Defendant(s)
_____

## JUDGMENT

On January 12, 2015, the Honorable Dale L. Somers, United States Bankruptcy Judge for the District of Kansas, filed Order Granting Plaintiff's Motion for Entry of Journal Entry of default Judgment and Journal Entry of Default Judgment which was entered on the docket on January 12, 2015.

IT IS THEREFORE ORDERED BY THE COURT that Default judgment is entered in the amount of $5,005.60 and discharge should be revoked.

DATED: January 12, 2015          DAVID D. ZIMMERMAN, CLERK
                                         UNITED STATES BANKRUPTCY COURT

                                         s/ Erica Diamond
                                         **Deputy Clerk**